ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Application Under the Equal Access to Justice Act of -- | ) ) ) |
| ATECH, Inc. | ) ASBCA No. 62764-EAJA ) |
| Under Contract No. FA4861-19-P-A225 | ) |

APPEARANCES FOR THE APPELLANT:  Christopher L. Lockwood, Esq.
                                Womble Bond Dickinson (US) LLP
                                Huntsville, AL

                                Jerome S. Gabig, Esq.
                                Wilmer & Lee, PA. Attorney at Law
                                Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
                                Air Force Deputy Chief Trial Attorney
                                Isabelle P. Cutting, Esq.
                                Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

On October 13, 2022, the Board sustained ASBCA No. 62674 in the amount of $85,907.50. *ATECH, Inc.*, ASBCA No. 62674, 23-1 BCA ¶ 38,289. Appellant subsequently applied for attorneys' fees under the Equal Access to Justice Act in the amount of $26,512.50. The government responds that it does not contest payment of that amount (gov't resp. at 1). Accordingly, the application is granted in the amount of $26,512.50.

Dated: July 12, 2023

                                                    _Michael N. O'Connell_
                                                    Michael N. O'Connell
                                                    Administrative Judge
                                                    Armed Services Board
                                                    of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62764-EAJA, Appeal of
ATECH, Inc., rendered in conformance with the Board's Charter.

Dated:  July 12, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2